**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                                    CASE NO. 3:21-cr-23(S1)-TJC-MCR

WAYNE JOSEPH CAVINS

---

**REPORT AND RECOMMENDATION**
**CONCERNING PLEA OF GUILTY**

    The defendant, by consent, has appeared before me pursuant to Rule 11, Fed. R. Crim. P. and Rule 1.02, M. D. Fla. Rules, and has entered a plea of guilty to Count Five of the Superseding Indictment. After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary, and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offense. I therefore recommend that the plea of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly.   The parties agreed to waive the fourteen (14) day period to object to this Report and Recommendation.

    **DONE** and **ORDERED** in Jacksonville, Florida on this 16th day of November, 2022.

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Honorable Timothy J. Corrigan
United States District Judge
Kerri Hatfield, Courtroom Deputy
Counsel of Record
United States Probation Office
United States Pretrial Services
United States Marshal Service