UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                          CASE NO. 3:21-cr-23(S1)-TJC-MCR

WAYNE JOSEPH CAVINS

**UNITED STATES' UNOPPOSED MOTION TO ALLOW USE OF A THERAPY DOG IN WITNESS ROOM DURING SENTENCING HEARING**

The United States of America files this unopposed motion to respectfully request that the Court allow the use of a therapy dog in the witness room of the courtroom on the day of the sentencing hearing of the defendant on May 17, 2023, and in support of its motion states the following:

1. This case is set for a sentencing hearing on May 17, 2023, at 1:30 p.m.

2. The Presentence Investigation Report includes an enhancement for pattern of activity involving prohibited sexual conduct. The defendant objected to this enhancement and the United States intends to call a witness, M.C., to provide testimony in support of this enhancement. If the defendant were to withdraw this objection, the United States would call this witness pursuant to 18 U.S.C. § 3661, which provides that "[n]o limitation shall be placed on the information concerning the background, character, and conduct of a person convicted of an offense which a court . . . may receive and consider for the purpose of imposing an appropriate sentence." This witness, an adult now, was previously a minor to whom the defendant had access and the United States anticipates this witness will provide testimony regarding this

individual's experiences during childhood with the defendant, which will support the enhancement. Given the nature of the anticipated testimony, this is likely to be a very stressful, emotional, and difficult experience for M.C.

3. The Clay County Sheriff's Office (CCSO) has a trained service dog, an English Labrador, Ty, who has been trained as therapy dog and in electronic device detection. The CCSO has used Ty as a therapy dog in multiple state cases, including before and after child victim depositions, before and after child forensic interviews, and with an adult human trafficking victim. Ty has also interacted with the community at community engagement events. He regularly works in the CCSO forensic lab where officers work, providing comfort and support for investigators working child exploitation cases. Ty has served in these roles for approximately four years.

4. Research shows that human-animal interactions can have both psychological and physiological benefits. "Such studies have shown that the mere presence of a friendly animal can result in decreased anxiety and lessened sympathetic nervous systems arousal. Benefits include reduced blood pressure, lowered heart rate, a decrease in depression, increased speech and memory functions, and heightened mental clarity." Debra S. Hart-Cohen, *Canines in the Courtroom*, 26 GPSolo 55 (2009).

5. Courthouses and child advocacy centers across the country use therapy dog programs to provide victims, most frequently children, emotional support through trial. *Id.* at 55-57. Frequently, this means the therapy dog accompanies the child on the stand during testimony. *Id.*; *see also Spence v. Beard*, 2015 WL 1956436, at *5 (S.D.

Cal. Apr. 29, 2015) (therapy dog sat at child's feet and behind the stand during the prosecution's case-in-chief).

6. M.C. has indicated a desire to have a therapy dog in the witness room with M.C. before and after the sentencing hearing.

7. The United States contacted Brian Hostettler, Supervisory Deputy United States Marshal for the United States Marshals Service (USMS), who said that the USMS had no objection to the United States' request for a therapy dog to be present in the courtroom witness room.

8. The undersigned contacted counsel for the defendant, Waffa Hanania, Esq., and she indicated she does not oppose this request.

9. Accordingly, the United States respectfully requests that this motion be granted and that the Court allow the use of a therapy dog in the witness room on May 17, 2023.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

*/s/ Ashley Washington*
By:  ASHLEY WASHINGTON
Assistant United States Attorney
USAO No. 177
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone:  (904) 301-6300
Facsimile:   (904) 301-6310
E-mail: Ashley.Washington2@usdoj.gov

U.S. v. WAYNE JOSEPH CAVINS			Case No. 3:21-cr-23-TJC-MCR

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Waffa Hanania, Esq.

                            */s/ Ashley Washington*
                            ASHLEY WASHINGTON
                            Assistant United States Attorney