More business info

## 4.6

★ ★ ★ ★ ★

69 reviews

| 5 ★ | 55 |
| 4 ★ | 2 |
| 3 ★ | 0 |
| 2 ★ | 0 |
| 1 ★ | |

6 reviews have no rating

CHAT

(https://birdeye.com/)

# WRITE A REVIEW

## Fi Fi's of Deb…

Claim this profile (/fi-fis-of-debary-149248434674229/claim/)

Google Reviews (60) (https://www.google.com/maps/search/?api=1&query=Fi%20Fi's%20of%20Debary%2041%20C%20S%20Hwy%2017-92%2C%20Ste%20c%2C%20DeBary%2C%20FL%2C%2032713&qu…

Reviews (9)

Sort By:  Recommended

**Sherry Julian Williams**  on Facebook (https://www.facebook.com/wjcavins/reviews/)
3 years ago

I love these guys! They do a great job and my Jasper just loves it when we go for a visit to Fifi's!

**Jeska Vickers**  on Facebook (https://www.facebook.com/wjcavins/reviews/)
3 years ago

Wonderful people with great customer service. Wayne is very attentive to what services we need. Definitely recommend them to all pet lovers ☺

**Joy Owen Minor**  on Facebook (https://www.facebook.com/wjcavins/reviews/)
3 years ago

My Lily Poos is so adorable! Thank you, guys!

Featured content





Patient Feedback: Why Doctors Need to Ask For It
(https://birdeye.com/)

## Fi Fi's of Deb...

Claim this profile (/fi-fis-of-debary-149248434674229/claim/)



How to use video chat for customer service in 2021

**Euphoria Heotis** on Facebook (https://www.facebook.com/wjcavins/reviews/)
3 years ago
Wayne and Brian were so patient with one of my skittish senior dogs. They did an amazing job and I have never come across such a team of caring, loving and friendly groomers.


**Davey Leatherwood** on Facebook (https://www.facebook.com/wjcavins/reviews/)
4 years ago
Another wonderful cut by Wayne at FiFi's! Always a wonderful and professional job, and I don't just reccomend.. I take my own there!!