
**Sherry W**
2 reviews

★★★★★  4 years ago

I've been taking my dog, Jasper, to Fifi's for many years now. Wayne always takes such good care of him and Jasper loves him. On the car ride over to Fifi's, Jasper's tail starts wagging, he's happily wiggling and by the time we hit their …

More

 2         Share


**Eddie Feliciano**
12 reviews

★★★★★  a year ago

My daughters dog Bella needed a grooming and they fit us right in, price was very reasonable and the job was supered bath, nails, anal glands and deshedding, I have found my permanent groomers. Thank you for all you do.

 1         Share





**something other than my name**
3 reviews

 5 years ago

I have been bringing my dog Rex to Fifis for 2 years now. Wayne and Brian are some of the most delightful people you will ever meet and you can tell from the start that they have a true passion for dogs. Everyone I bring Rex there, they …

More

👍 2          Share



**B. Kennedy**
16 reviews

 3 years ago

Excellent place to take your dog to get groomed.  We have used them for over 12 years and would highly recommend them to friends and family.   Thank you for excellent service  and taking such good care of our dogs.  We would recommend their service over any other grooming service.

👍 2          Share



**Brenda Rogers**
1 review

 4 years ago

They are  the best groomers  for  my Sayd girl that there is! They are kind, sweet & considerate of her special needs. & I wouldn't go anywhere else. She has been going there since she was a puppy & she is now 11 years  old & have no complaints! They are great  & I love them ! JESUS LOVES YOU  & GOD BLESS YOU BOTH!

👍 2          Share



**Stacy Jones**
27 reviews

★★★★★  a year ago

I have a 15 year old miniature schnauzer,first time taking him here.He is kinda hard to work with because of he's age.Love this place!! Sorry I can't remember the guys name but he did a great job on Sergeant!! Thank you so much!!!

👍 1          Share



**Mrs. S**
4 reviews

★★★★★  2 years ago

We have been bringing our long haired ShihTzu mix to Wayne and Brian since adopting her a few years ago. She always comes home looking great, smelling great, and with a perfect manicure. We like to keep her hair short because of the Florida …
More

👍 Like          Share



**Lisa Dixon**
9 reviews

★★★★★  4 years ago

I have been taking my dogs to Fifis for over 20 years. I HIGHLY RECOMMEND them. I don't trust my babies with anyone else. I had a very bad experience with another groomer that came very highly recommended and my dogs were physically hurt. I …
More

👍 1          Share

**Jessica Beyrer**
4 reviews

★★★★★ 3 years ago

Just picked up my bulldog. We are over protective with her and they made us feel right at home. She didn't want to leave. We had to literally drag her out of there! What kind and loving guys. Pure animal lovers. I recommend these guys anytime!

👍 2         Share

**Judy Harris**
5 reviews

★★★★★ 4 years ago

Looking for an amazing groomer!, Fifi's is the place for you and your pet. They are wonderful. My three dogs, a Lab, Cocker Spaniel and my Daushund have always received great haircuts and love. Wayne has helped me through many years of caring for my Cocker who suffered from a hereditary skin condition and did a miracle.

👍 3         Share

**Jose Luis Hoozky**
1 review

★★★★★ 4 years ago

If you need a Pet Groomer look no further that Fifi's of Debary !!! WAYNE the owner is the most caring and loving person not only to the pets but to his customers... Amazing Experience when we take our bishon Spikey and our new German …
More

👍 2         Share

**C** Colleen East
3 reviews

 3 years ago

Have been taking my dogs to Wayne for about 15 years. The dogs always look wonderful after their "spa day" with Uncle Wayne. He has always been able to accommodate our crazy schedules. Would NEVER go anywhere else!

👍 Like     Share

**L** Linda Kilger
1 review

 4 years ago

FiFi's of Debary is not just a dog grooming establishment it is a special treat for your pet.They take care of my dog Christmas like he was one of their own. Chris loves to go there and get pampered. I really wonder how they manage to make …

More

👍 2     Share

**S** Simone Belafquih
2 reviews

 5 years ago

My English Bulldog Henry and I had such an awesome experience at FIFI'S of Debary today. Henry enjoyed the full range of pampering he received, from the tip of his nose to the tip of his tail, and I enjoyed the warm hospitality and the great value of the services. We will definitely see you again soon. Thanks for everything?

👍 1     Share