# Life Tables for the United States Social Security Area 1900-2100

ACTUARIAL STUDY NO. 120
*by Felicitie C. Bell*
*and Michael L. Miller*

[ Contents | Prev | Next | Tables | Figures ]

### Table 10 — Period Life Expectancies at Selected Exact Ages, by Sex and Calendar Year

| Calendar Year | Male — Sex and Exact Age | | | | | | Calendar Year | Female — Sex and Exact Age | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 30 | 60 | 65 | 70 | 100 | | 0 | 30 | 60 | 65 | 70 | 100 |
| 1900 | 46.41 | 34.57 | 14.18 | 11.35 | 8.85 | 1.61 | 1900 | 48.96 | 35.80 | 14.96 | 12.01 | 9.36 | 1.61 |
| 1901 | 47.87 | 34.33 | 14.09 | 11.33 | 8.85 | 1.63 | 1901 | 50.86 | 35.90 | 14.88 | 11.99 | 9.35 | 1.63 |
| 1902 | 49.02 | 35.10 | 14.53 | 11.71 | 9.17 | 1.76 | 1902 | 52.08 | 36.97 | 15.59 | 12.61 | 9.91 | 1.76 |
| 1903 | 49.20 | 34.76 | 14.21 | 11.43 | 8.92 | 1.66 | 1903 | 52.12 | 36.48 | 15.14 | 12.22 | 9.57 | 1.66 |
| 1904 | 48.08 | 34.00 | 13.74 | 11.09 | 8.61 | 1.53 | 1904 | 51.10 | 36.00 | 14.77 | 11.87 | 9.22 | 1.53 |
| 1905 | 48.73 | 34.52 | 14.04 | 11.35 | 8.85 | 1.54 | 1905 | 51.88 | 36.38 | 14.96 | 12.05 | 9.43 | 1.54 |
| 1906 | 48.27 | 34.49 | 14.18 | 11.44 | 8.94 | 1.55 | 1906 | 51.96 | 36.77 | 15.18 | 12.22 | 9.56 | 1.55 |
| 1907 | 48.29 | 33.79 | 13.69 | 11.01 | 8.58 | 1.50 | 1907 | 52.22 | 36.29 | 14.72 | 11.79 | 9.15 | 1.50 |
| 1908 | 50.22 | 35.26 | 14.41 | 11.61 | 9.03 | 1.61 | 1908 | 53.59 | 37.30 | 15.32 | 12.32 | 9.63 | 1.61 |
| 1909 | 51.12 | 35.53 | 14.43 | 11.60 | 9.08 | 1.60 | 1909 | 54.46 | 37.60 | 15.41 | 12.36 | 9.68 | 1.60 |
| 1910 | 50.08 | 35.02 | 14.18 | 11.38 | 8.87 | 1.60 | 1910 | 53.58 | 37.23 | 15.16 | 12.10 | 9.43 | 1.60 |
| 1911 | 51.80 | 35.26 | 14.31 | 11.47 | 8.94 | 1.64 | 1911 | 55.05 | 37.38 | 15.27 | 12.19 | 9.49 | 1.64 |
| 1912 | 52.34 | 35.35 | 14.34 | 11.49 | 8.98 | 1.67 | 1912 | 55.87 | 37.65 | 15.35 | 12.26 | 9.56 | 1.67 |
| 1913 | 51.72 | 35.33 | 14.43 | 11.55 | 9.03 | 1.71 | 1913 | 55.45 | 37.74 | 15.49 | 12.37 | 9.64 | 1.71 |
| 1914 | 52.87 | 35.63 | 14.49 | 11.59 | 9.06 | 1.76 | 1914 | 56.33 | 37.85 | 15.56 | 12.44 | 9.71 | 1.76 |
| 1915 | 53.51 | 35.63 | 14.38 | 11.44 | 8.88 | 1.68 | 1915 | 56.79 | 37.64 | 15.28 | 12.16 | 9.44 | 1.68 |
| 1916 | 52.42 | 35.13 | 14.17 | 11.26 | 8.77 | 1.64 | 1916 | 55.98 | 37.38 | 15.15 | 12.03 | 9.35 | 1.64 |
| 1917 | 52.18 | 34.85 | 14.11 | 11.22 | 8.75 | 1.67 | 1917 | 55.91 | 37.31 | 15.16 | 12.06 | 9.38 | 1.67 |
| 1918 | 45.34 | 32.05 | 14.49 | 11.63 | 9.19 | 1.83 | 1918 | 49.08 | 35.08 | 15.53 | 12.48 | 9.84 | 1.83 |
| 1919 | 54.19 | 36.59 | 15.30 | 12.27 | 9.65 | 1.81 | 1919 | 56.45 | 37.82 | 16.02 | 12.85 | 10.12 | 1.81 |
| 1920 | 54.51 | 36.75 | 14.87 | 11.81 | 9.18 | 1.66 | 1920 | 56.27 | 37.46 | 15.48 | 12.34 | 9.60 | 1.66 |
| 1921 | 57.25 | 38.06 | 15.30 | 12.24 | 9.53 | 1.75 | 1921 | 59.26 | 38.97 | 15.99 | 12.82 | 9.99 | 1.75 |
| 1922 | 57.02 | 37.24 | 14.72 | 11.76 | 9.11 | 1.68 | 1922 | 59.33 | 38.50 | 15.56 | 12.45 | 9.64 | 1.68 |

| Year | | | | | | | Year | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1923 | 56.32 | 36.81 | 14.42 | 11.54 | 8.87 | 1.57 | 1923 | 58.74 | 38.25 | 15.29 | 12.20 | 9.37 | 1.57 |
| 1924 | 57.15 | 37.11 | 14.65 | 11.75 | 9.10 | 1.67 | 1924 | 59.91 | 38.83 | 15.75 | 12.65 | 9.75 | 1.67 |
| 1925 | 57.23 | 36.97 | 14.55 | 11.65 | 9.03 | 1.58 | 1925 | 59.93 | 38.70 | 15.62 | 12.52 | 9.69 | 1.58 |
| 1926 | 56.57 | 36.53 | 14.28 | 11.37 | 8.81 | 1.49 | 1926 | 59.33 | 38.31 | 15.33 | 12.23 | 9.46 | 1.49 |
| 1927 | 57.94 | 37.09 | 14.69 | 11.75 | 9.20 | 1.58 | 1927 | 60.86 | 39.05 | 15.91 | 12.73 | 9.95 | 1.58 |
| 1928 | 56.78 | 36.35 | 14.27 | 11.33 | 8.83 | 1.43 | 1928 | 59.82 | 38.34 | 15.44 | 12.29 | 9.55 | 1.43 |
| 1929 | 56.99 | 36.37 | 14.34 | 11.42 | 8.94 | 1.44 | 1929 | 60.16 | 38.52 | 15.56 | 12.41 | 9.67 | 1.44 |
| 1930 | 57.96 | 36.91 | 14.69 | 11.83 | 9.29 | 1.62 | 1930 | 61.31 | 39.23 | 16.04 | 12.91 | 10.11 | 1.62 |
| 1931 | 58.57 | 37.09 | 14.86 | 11.98 | 9.36 | 1.64 | 1931 | 62.02 | 39.54 | 16.25 | 13.12 | 10.26 | 1.64 |
| 1932 | 59.44 | 37.39 | 14.79 | 11.92 | 9.23 | 1.60 | 1932 | 62.59 | 39.64 | 16.10 | 12.95 | 10.03 | 1.60 |
| 1933 | 59.58 | 37.50 | 14.85 | 12.02 | 9.33 | 1.66 | 1933 | 63.03 | 40.01 | 16.34 | 13.18 | 10.25 | 1.66 |
| 1934 | 58.85 | 37.20 | 14.70 | 11.88 | 9.22 | 1.65 | 1934 | 62.68 | 39.97 | 16.27 | 13.13 | 10.19 | 1.65 |
| 1935 | 59.42 | 37.31 | 14.80 | 11.93 | 9.32 | 1.64 | 1935 | 63.32 | 40.14 | 16.41 | 13.21 | 10.31 | 1.64 |
| 1936 | 58.75 | 36.68 | 14.40 | 11.56 | 9.00 | 1.52 | 1936 | 62.85 | 39.72 | 16.02 | 12.81 | 9.94 | 1.52 |
| 1937 | 59.36 | 37.04 | 14.63 | 11.77 | 9.22 | 1.59 | 1937 | 63.58 | 40.20 | 16.38 | 13.14 | 10.24 | 1.59 |
| 1938 | 60.81 | 37.99 | 15.05 | 12.11 | 9.52 | 1.67 | 1938 | 64.74 | 40.93 | 16.75 | 13.45 | 10.51 | 1.67 |
| 1939 | 61.44 | 38.07 | 14.99 | 12.04 | 9.43 | 1.61 | 1939 | 65.41 | 41.03 | 16.71 | 13.40 | 10.41 | 1.61 |
| 1940 | 61.43 | 37.99 | 14.84 | 11.92 | 9.32 | 1.64 | 1940 | 65.74 | 41.28 | 16.78 | 13.42 | 10.42 | 1.64 |
| 1941 | 61.90 | 38.31 | 15.11 | 12.17 | 9.56 | 1.69 | 1941 | 66.46 | 41.84 | 17.21 | 13.81 | 10.78 | 1.69 |
| 1942 | 62.58 | 38.54 | 15.33 | 12.39 | 9.78 | 1.75 | 1942 | 67.36 | 42.25 | 17.46 | 14.05 | 10.99 | 1.75 |
| 1943 | 62.25 | 38.34 | 15.05 | 12.11 | 9.46 | 1.62 | 1943 | 67.10 | 41.90 | 17.13 | 13.72 | 10.65 | 1.62 |
| 1944 | 62.68 | 38.79 | 15.41 | 12.46 | 9.78 | 1.72 | 1944 | 67.82 | 42.49 | 17.55 | 14.10 | 10.98 | 1.72 |
| 1945 | 62.87 | 38.86 | 15.56 | 12.63 | 9.95 | 1.73 | 1945 | 68.44 | 42.88 | 17.85 | 14.38 | 11.23 | 1.73 |
| 1946 | 64.25 | 39.47 | 15.80 | 12.86 | 10.14 | 1.78 | 1946 | 69.21 | 43.34 | 18.08 | 14.59 | 11.38 | 1.78 |
| 1947 | 64.57 | 39.28 | 15.54 | 12.64 | 9.95 | 1.72 | 1947 | 69.68 | 43.40 | 18.02 | 14.52 | 11.31 | 1.72 |
| 1948 | 64.84 | 39.47 | 15.63 | 12.71 | 10.04 | 1.77 | 1948 | 70.16 | 43.79 | 18.24 | 14.72 | 11.48 | 1.77 |
| 1949 | 65.26 | 39.76 | 15.74 | 12.82 | 10.16 | 1.88 | 1949 | 70.66 | 44.15 | 18.47 | 14.93 | 11.69 | 1.88 |
| 1950 | 65.63 | 39.88 | 15.75 | 12.81 | 10.16 | 1.92 | 1950 | 71.13 | 44.41 | 18.60 | 15.06 | 11.79 | 1.92 |
| 1951 | 65.66 | 39.91 | 15.79 | 12.83 | 10.21 | 1.98 | 1951 | 71.36 | 44.57 | 18.71 | 15.15 | 11.86 | 1.98 |
| 1952 | 65.78 | 40.06 | 15.90 | 12.97 | 10.35 | 2.05 | 1952 | 71.62 | 44.84 | 18.90 | 15.31 | 12.01 | 2.05 |
| 1953 | 65.98 | 40.13 | 15.86 | 12.93 | 10.31 | 2.00 | 1953 | 71.98 | 45.03 | 18.98 | 15.34 | 12.05 | 2.00 |
| 1954 | 66.74 | 40.70 | 16.21 | 13.22 | 10.59 | 2.08 | 1954 | 72.74 | 45.64 | 19.42 | 15.75 | 12.41 | 2.08 |
| 1955 | 66.72 | 40.64 | 16.09 | 13.08 | 10.44 | 1.96 | 1955 | 72.81 | 45.67 | 19.34 | 15.64 | 12.30 | 1.96 |
| 1956 | 66.73 | 40.61 | 16.03 | 13.04 | 10.41 | 1.92 | 1956 | 72.94 | 45.74 | 19.39 | 15.68 | 12.34 | 1.92 |

| Year | | | | | | | Year | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1957 | 66.47 | 40.35 | 15.82 | 12.88 | 10.32 | 1.90 | 1957 | 72.73 | 45.59 | 19.28 | 15.60 | 12.27 | 1.90 |
| 1958 | 66.64 | 40.49 | 15.90 | 12.93 | 10.34 | 1.91 | 1958 | 72.92 | 45.79 | 19.39 | 15.69 | 12.32 | 1.91 |
| 1959 | 66.80 | 40.63 | 16.03 | 13.06 | 10.44 | 1.96 | 1959 | 73.24 | 46.05 | 19.60 | 15.88 | 12.49 | 1.96 |
| 1960 | 66.66 | 40.45 | 15.86 | 12.91 | 10.30 | 1.95 | 1960 | 73.24 | 46.02 | 19.57 | 15.89 | 12.48 | 1.97 |
| 1961 | 67.07 | 40.73 | 16.04 | 13.08 | 10.47 | 1.95 | 1961 | 73.63 | 46.32 | 19.80 | 16.11 | 12.67 | 1.98 |
| 1962 | 66.89 | 40.55 | 15.89 | 12.93 | 10.34 | 1.88 | 1962 | 73.50 | 46.20 | 19.72 | 16.02 | 12.59 | 1.91 |
| 1963 | 66.64 | 40.31 | 15.69 | 12.75 | 10.17 | 1.84 | 1963 | 73.42 | 46.11 | 19.67 | 15.99 | 12.55 | 1.89 |
| 1964 | 66.84 | 40.51 | 15.91 | 13.00 | 10.39 | 1.94 | 1964 | 73.74 | 46.41 | 19.98 | 16.29 | 12.84 | 1.98 |
| 1965 | 66.79 | 40.44 | 15.83 | 12.92 | 10.32 | 1.91 | 1965 | 73.84 | 46.47 | 20.05 | 16.34 | 12.89 | 1.98 |
| 1966 | 66.69 | 40.33 | 15.79 | 12.86 | 10.27 | 1.93 | 1966 | 73.90 | 46.50 | 20.07 | 16.32 | 12.88 | 2.00 |
| 1967 | 66.95 | 40.50 | 15.95 | 13.01 | 10.38 | 1.99 | 1967 | 74.29 | 46.78 | 20.34 | 16.58 | 13.13 | 2.09 |
| 1968 | 66.61 | 40.20 | 15.73 | 12.80 | 10.19 | 1.84 | 1968 | 74.21 | 46.68 | 20.34 | 16.60 | 13.09 | 2.05 |
| 1969 | 66.88 | 40.44 | 15.99 | 13.02 | 10.38 | 1.94 | 1969 | 74.59 | 47.03 | 20.66 | 16.90 | 13.35 | 2.16 |
| 1970 | 67.15 | 40.59 | 16.11 | 13.13 | 10.51 | 2.06 | 1970 | 74.86 | 47.24 | 20.87 | 17.11 | 13.58 | 2.27 |
| 1971 | 67.40 | 40.75 | 16.15 | 13.13 | 10.48 | 2.05 | 1971 | 75.06 | 47.34 | 20.91 | 17.14 | 13.59 | 2.26 |
| 1972 | 67.42 | 40.72 | 16.10 | 13.09 | 10.43 | 2.04 | 1972 | 75.22 | 47.44 | 20.96 | 17.18 | 13.65 | 2.26 |
| 1973 | 67.64 | 40.92 | 16.23 | 13.19 | 10.52 | 2.01 | 1973 | 75.47 | 47.64 | 21.13 | 17.35 | 13.78 | 2.25 |
| 1974 | 68.27 | 41.39 | 16.56 | 13.48 | 10.79 | 2.13 | 1974 | 76.02 | 48.09 | 21.45 | 17.66 | 14.08 | 2.36 |
| 1975 | 68.74 | 41.77 | 16.81 | 13.70 | 10.98 | 2.21 | 1975 | 76.55 | 48.56 | 21.83 | 18.02 | 14.42 | 2.45 |
| 1976 | 69.08 | 41.97 | 16.87 | 13.75 | 11.01 | 2.10 | 1976 | 76.77 | 48.70 | 21.89 | 18.08 | 14.48 | 2.38 |
| 1977 | 69.40 | 42.25 | 17.07 | 13.91 | 11.14 | 2.20 | 1977 | 77.16 | 49.02 | 22.15 | 18.33 | 14.75 | 2.46 |
| 1978 | 69.57 | 42.39 | 17.12 | 13.95 | 11.17 | 2.21 | 1978 | 77.25 | 49.08 | 22.15 | 18.33 | 14.74 | 2.34 |
| 1979 | 69.96 | 42.73 | 17.40 | 14.18 | 11.37 | 2.29 | 1979 | 77.71 | 49.47 | 22.45 | 18.60 | 15.00 | 2.56 |
| 1980 | 69.94 | 42.67 | 17.31 | 14.04 | 11.23 | 2.20 | 1980 | 77.52 | 49.24 | 22.20 | 18.35 | 14.78 | 2.42 |
| 1981 | 70.37 | 42.94 | 17.53 | 14.24 | 11.39 | 2.29 | 1981 | 77.85 | 49.49 | 22.43 | 18.58 | 15.01 | 2.50 |
| 1982 | 70.83 | 43.29 | 17.75 | 14.45 | 11.58 | 2.40 | 1982 | 78.20 | 49.78 | 22.64 | 18.80 | 15.22 | 2.68 |
| 1983 | 70.92 | 43.27 | 17.63 | 14.31 | 11.41 | 2.31 | 1983 | 78.12 | 49.65 | 22.47 | 18.63 | 15.06 | 2.53 |
| 1984 | 71.08 | 43.39 | 17.73 | 14.41 | 11.49 | 2.28 | 1984 | 78.20 | 49.70 | 22.50 | 18.66 | 15.09 | 2.54 |
| 1985 | 71.06 | 43.36 | 17.73 | 14.39 | 11.45 | 2.22 | 1985 | 78.22 | 49.68 | 22.47 | 18.62 | 15.04 | 2.46 |
| 1986 | 71.12 | 43.48 | 17.87 | 14.52 | 11.55 | 2.29 | 1986 | 78.30 | 49.76 | 22.51 | 18.66 | 15.10 | 2.48 |
| 1987 | 71.30 | 43.61 | 18.00 | 14.64 | 11.66 | 2.36 | 1987 | 78.39 | 49.84 | 22.59 | 18.73 | 15.15 | 2.50 |
| 1988 | 71.30 | 43.62 | 18.01 | 14.64 | 11.61 | 2.07 | 1988 | 78.37 | 49.82 | 22.57 | 18.71 | 15.09 | 2.39 |
| 1989 | 71.59 | 43.88 | 18.31 | 14.92 | 11.86 | 2.18 | 1989 | 78.63 | 50.08 | 22.80 | 18.92 | 15.28 | 2.45 |

| Year | | | | | | | Year | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1990 | 71.82 | 44.09 | 18.47 | 15.06 | 11.99 | 2.18 | 1990 | 78.90 | 50.27 | 22.96 | 19.07 | 15.44 | 2.51 |
| 1991 | 72.02 | 44.26 | 18.64 | 15.20 | 12.11 | 2.25 | 1991 | 79.04 | 50.38 | 23.07 | 19.17 | 15.53 | 2.55 |
| 1992 | 72.26 | 44.39 | 18.76 | 15.28 | 12.18 | 2.21 | 1992 | 79.22 | 50.51 | 23.16 | 19.25 | 15.61 | 2.61 |
| 1993 | 72.09 | 44.23 | 18.64 | 15.16 | 12.05 | 2.15 | 1993 | 78.95 | 50.25 | 22.92 | 19.01 | 15.37 | 2.47 |
| 1994 | 72.31 | 44.41 | 18.83 | 15.34 | 12.22 | 2.12 | 1994 | 79.07 | 50.33 | 22.99 | 19.07 | 15.43 | 2.48 |
| 1995 | 72.50 | 44.52 | 18.91 | 15.40 | 12.25 | 2.09 | 1995 | 79.08 | 50.30 | 22.97 | 19.05 | 15.40 | 2.44 |
| 1996 | 72.97 | 44.88 | 19.01 | 15.49 | 12.33 | 2.08 | 1996 | 79.20 | 50.38 | 22.99 | 19.06 | 15.41 | 2.43 |
| 1997 | 73.44 | 45.28 | 19.16 | 15.58 | 12.41 | 2.05 | 1997 | 79.35 | 50.50 | 23.05 | 19.11 | 15.44 | 2.39 |
| 1998 | 73.71 | 45.49 | 19.29 | 15.68 | 12.47 | 2.06 | 1998 | 79.41 | 50.53 | 23.03 | 19.07 | 15.39 | 2.38 |
| 1999 | 73.83 | 45.57 | 19.36 | 15.73 | 12.47 | 2.01 | 1999 | 79.32 | 50.44 | 22.94 | 18.95 | 15.27 | 2.29 |
| 2000 | 74.03 | 45.77 | 19.55 | 15.91 | 12.61 | 1.98 | 2000 | 79.39 | 50.48 | 22.97 | 18.98 | 15.29 | 2.26 |
| 2001 | 74.14 | 45.90 | 19.72 | 16.05 | 12.75 | 2.00 | 2001 | 79.45 | 50.53 | 23.06 | 19.06 | 15.35 | 2.29 |
| 2002 | 74.35 | 46.02 | 19.70 | 16.02 | 12.71 | 1.95 | 2002 | 79.47 | 50.53 | 22.99 | 18.99 | 15.29 | 2.24 |
| 2003 | 74.50 | 46.13 | 19.79 | 16.10 | 12.78 | 1.94 | 2003 | 79.52 | 50.56 | 23.01 | 19.00 | 15.30 | 2.22 |
| 2004 | 74.64 | 46.25 | 19.87 | 16.16 | 12.83 | 1.92 | 2004 | 79.57 | 50.59 | 23.02 | 19.01 | 15.30 | 2.21 |
| 2005 | 74.78 | 46.36 | 19.95 | 16.23 | 12.87 | 1.91 | 2005 | 79.62 | 50.61 | 23.03 | 19.01 | 15.30 | 2.19 |
| 2006 | 74.91 | 46.46 | 20.03 | 16.29 | 12.92 | 1.90 | 2006 | 79.67 | 50.65 | 23.05 | 19.02 | 15.31 | 2.18 |
| 2007 | 75.04 | 46.57 | 20.11 | 16.36 | 12.98 | 1.89 | 2007 | 79.73 | 50.69 | 23.08 | 19.05 | 15.33 | 2.18 |
| 2008 | 75.16 | 46.67 | 20.18 | 16.42 | 13.03 | 1.89 | 2008 | 79.80 | 50.75 | 23.11 | 19.08 | 15.35 | 2.17 |
| 2009 | 75.28 | 46.77 | 20.26 | 16.49 | 13.08 | 1.89 | 2009 | 79.87 | 50.81 | 23.16 | 19.12 | 15.38 | 2.18 |
| 2010 | 75.40 | 46.87 | 20.33 | 16.55 | 13.13 | 1.89 | 2010 | 79.95 | 50.87 | 23.20 | 19.16 | 15.42 | 2.18 |
| 2011 | 75.52 | 46.96 | 20.40 | 16.61 | 13.19 | 1.90 | 2011 | 80.03 | 50.94 | 23.26 | 19.20 | 15.46 | 2.19 |
| 2012 | 75.63 | 47.06 | 20.48 | 16.68 | 13.24 | 1.91 | 2012 | 80.11 | 51.01 | 23.31 | 19.25 | 15.51 | 2.19 |
| 2013 | 75.74 | 47.16 | 20.55 | 16.74 | 13.30 | 1.92 | 2013 | 80.19 | 51.08 | 23.37 | 19.31 | 15.55 | 2.20 |
| 2014 | 75.85 | 47.25 | 20.62 | 16.80 | 13.35 | 1.93 | 2014 | 80.28 | 51.15 | 23.43 | 19.36 | 15.60 | 2.22 |
| 2015 | 75.96 | 47.35 | 20.69 | 16.87 | 13.41 | 1.94 | 2015 | 80.37 | 51.23 | 23.49 | 19.42 | 15.65 | 2.23 |
| 2016 | 76.07 | 47.44 | 20.76 | 16.93 | 13.46 | 1.95 | 2016 | 80.45 | 51.30 | 23.55 | 19.47 | 15.70 | 2.24 |
| 2017 | 76.18 | 47.53 | 20.83 | 16.99 | 13.52 | 1.96 | 2017 | 80.54 | 51.38 | 23.62 | 19.53 | 15.76 | 2.25 |
| 2018 | 76.29 | 47.63 | 20.90 | 17.05 | 13.57 | 1.97 | 2018 | 80.63 | 51.46 | 23.68 | 19.59 | 15.81 | 2.27 |
| 2019 | 76.39 | 47.72 | 20.97 | 17.12 | 13.63 | 1.98 | 2019 | 80.71 | 51.53 | 23.74 | 19.65 | 15.86 | 2.28 |
| 2020 | 76.50 | 47.81 | 21.04 | 17.18 | 13.68 | 2.00 | 2020 | 80.80 | 51.61 | 23.81 | 19.71 | 15.92 | 2.30 |
| 2021 | 76.60 | 47.90 | 21.11 | 17.24 | 13.73 | 2.01 | 2021 | 80.89 | 51.69 | 23.87 | 19.77 | 15.97 | 2.31 |
| 2022 | 76.71 | 47.99 | 21.17 | 17.30 | 13.79 | 2.02 | 2022 | 80.98 | 51.77 | 23.94 | 19.83 | 16.03 | 2.32 |
| 2023 | 76.81 | 48.08 | 21.24 | 17.36 | 13.84 | 2.04 | 2023 | 81.06 | 51.84 | 24.00 | 19.89 | 16.08 | 2.34 |
| 2024 | 76.91 | 48.17 | 21.31 | 17.42 | 13.90 | 2.05 | 2024 | 81.15 | 51.92 | 24.07 | 19.95 | 16.13 | 2.36 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | 77.01 | 48.26 | 21.38 | 17.48 | 13.95 | 2.06 | 2025 | 81.24 | 52.00 | 24.13 | 20.01 | 16.19 | 2.37 |
| 2026 | 77.11 | 48.35 | 21.45 | 17.54 | 14.01 | 2.08 | 2026 | 81.32 | 52.08 | 24.20 | 20.07 | 16.24 | 2.39 |
| 2027 | 77.21 | 48.44 | 21.51 | 17.61 | 14.06 | 2.09 | 2027 | 81.41 | 52.15 | 24.26 | 20.13 | 16.30 | 2.40 |
| 2028 | 77.31 | 48.52 | 21.58 | 17.67 | 14.11 | 2.11 | 2028 | 81.49 | 52.23 | 24.32 | 20.18 | 16.35 | 2.42 |
| 2029 | 77.41 | 48.61 | 21.64 | 17.73 | 14.17 | 2.12 | 2029 | 81.57 | 52.30 | 24.39 | 20.24 | 16.40 | 2.43 |
| 2030 | 77.51 | 48.70 | 21.71 | 17.78 | 14.22 | 2.13 | 2030 | 81.66 | 52.38 | 24.45 | 20.30 | 16.46 | 2.45 |
| 2031 | 77.61 | 48.78 | 21.78 | 17.84 | 14.27 | 2.15 | 2031 | 81.74 | 52.46 | 24.51 | 20.36 | 16.51 | 2.47 |
| 2032 | 77.71 | 48.87 | 21.84 | 17.90 | 14.33 | 2.16 | 2032 | 81.83 | 52.53 | 24.58 | 20.42 | 16.57 | 2.48 |
| 2033 | 77.80 | 48.95 | 21.91 | 17.96 | 14.38 | 2.18 | 2033 | 81.91 | 52.60 | 24.64 | 20.48 | 16.62 | 2.50 |
| 2034 | 77.90 | 49.04 | 21.97 | 18.02 | 14.43 | 2.19 | 2034 | 81.99 | 52.68 | 24.70 | 20.53 | 16.67 | 2.51 |
| 2035 | 77.99 | 49.12 | 22.03 | 18.08 | 14.48 | 2.21 | 2035 | 82.07 | 52.75 | 24.76 | 20.59 | 16.72 | 2.53 |
| 2036 | 78.09 | 49.21 | 22.10 | 18.14 | 14.53 | 2.22 | 2036 | 82.15 | 52.82 | 24.82 | 20.65 | 16.78 | 2.55 |
| 2037 | 78.18 | 49.29 | 22.16 | 18.19 | 14.59 | 2.23 | 2037 | 82.23 | 52.90 | 24.88 | 20.71 | 16.83 | 2.56 |
| 2038 | 78.28 | 49.37 | 22.23 | 18.25 | 14.64 | 2.25 | 2038 | 82.31 | 52.97 | 24.95 | 20.76 | 16.88 | 2.58 |
| 2039 | 78.37 | 49.45 | 22.29 | 18.31 | 14.69 | 2.26 | 2039 | 82.39 | 53.04 | 25.01 | 20.82 | 16.93 | 2.59 |
| 2040 | 78.46 | 49.54 | 22.35 | 18.37 | 14.74 | 2.28 | 2040 | 82.47 | 53.11 | 25.07 | 20.87 | 16.98 | 2.61 |
| 2041 | 78.55 | 49.62 | 22.41 | 18.42 | 14.79 | 2.29 | 2041 | 82.54 | 53.18 | 25.13 | 20.93 | 17.03 | 2.63 |
| 2042 | 78.64 | 49.70 | 22.48 | 18.48 | 14.84 | 2.31 | 2042 | 82.62 | 53.25 | 25.18 | 20.98 | 17.08 | 2.64 |
| 2043 | 78.73 | 49.78 | 22.54 | 18.54 | 14.89 | 2.32 | 2043 | 82.70 | 53.32 | 25.24 | 21.04 | 17.13 | 2.66 |
| 2044 | 78.82 | 49.86 | 22.60 | 18.59 | 14.94 | 2.34 | 2044 | 82.78 | 53.39 | 25.30 | 21.09 | 17.18 | 2.67 |
| 2045 | 78.91 | 49.94 | 22.66 | 18.65 | 14.99 | 2.35 | 2045 | 82.85 | 53.46 | 25.36 | 21.15 | 17.23 | 2.69 |
| 2046 | 79.00 | 50.02 | 22.72 | 18.70 | 15.04 | 2.36 | 2046 | 82.93 | 53.53 | 25.42 | 21.20 | 17.28 | 2.71 |
| 2047 | 79.09 | 50.09 | 22.78 | 18.76 | 15.09 | 2.38 | 2047 | 83.00 | 53.60 | 25.48 | 21.26 | 17.33 | 2.72 |
| 2048 | 79.17 | 50.17 | 22.84 | 18.81 | 15.14 | 2.39 | 2048 | 83.08 | 53.67 | 25.53 | 21.31 | 17.38 | 2.74 |
| 2049 | 79.26 | 50.25 | 22.90 | 18.87 | 15.19 | 2.41 | 2049 | 83.15 | 53.73 | 25.59 | 21.36 | 17.43 | 2.75 |
| 2050 | 79.35 | 50.33 | 22.96 | 18.92 | 15.24 | 2.42 | 2050 | 83.22 | 53.80 | 25.65 | 21.42 | 17.48 | 2.77 |
| 2051 | 79.43 | 50.40 | 23.02 | 18.98 | 15.29 | 2.44 | 2051 | 83.30 | 53.87 | 25.70 | 21.47 | 17.53 | 2.79 |
| 2052 | 79.52 | 50.48 | 23.08 | 19.03 | 15.33 | 2.45 | 2052 | 83.37 | 53.93 | 25.76 | 21.52 | 17.58 | 2.80 |
| 2053 | 79.60 | 50.55 | 23.14 | 19.08 | 15.38 | 2.47 | 2053 | 83.44 | 54.00 | 25.82 | 21.57 | 17.62 | 2.82 |
| 2054 | 79.69 | 50.63 | 23.20 | 19.14 | 15.43 | 2.48 | 2054 | 83.51 | 54.07 | 25.87 | 21.62 | 17.67 | 2.83 |
| 2055 | 79.77 | 50.71 | 23.25 | 19.19 | 15.48 | 2.49 | 2055 | 83.58 | 54.13 | 25.93 | 21.68 | 17.72 | 2.85 |
| 2056 | 79.86 | 50.78 | 23.31 | 19.24 | 15.53 | 2.51 | 2056 | 83.66 | 54.20 | 25.98 | 21.73 | 17.77 | 2.87 |
| 2057 | 79.94 | 50.85 | 23.37 | 19.29 | 15.57 | 2.52 | 2057 | 83.73 | 54.26 | 26.04 | 21.78 | 17.81 | 2.88 |

| Year | | | | | | | Year | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2058 | 80.02 | 50.93 | 23.43 | 19.35 | 15.62 | 2.54 | 2058 | 83.80 | 54.32 | 26.09 | 21.83 | 17.86 | 2.90 |
| 2059 | 80.10 | 51.00 | 23.48 | 19.40 | 15.67 | 2.55 | 2059 | 83.86 | 54.39 | 26.15 | 21.88 | 17.91 | 2.91 |
| 2060 | 80.18 | 51.07 | 23.54 | 19.45 | 15.71 | 2.57 | 2060 | 83.93 | 54.45 | 26.20 | 21.93 | 17.95 | 2.93 |
| 2061 | 80.26 | 51.15 | 23.60 | 19.50 | 15.76 | 2.58 | 2061 | 84.00 | 54.51 | 26.25 | 21.98 | 18.00 | 2.95 |
| 2062 | 80.34 | 51.22 | 23.65 | 19.55 | 15.81 | 2.60 | 2062 | 84.07 | 54.58 | 26.31 | 22.03 | 18.05 | 2.96 |
| 2063 | 80.42 | 51.29 | 23.71 | 19.61 | 15.85 | 2.61 | 2063 | 84.14 | 54.64 | 26.36 | 22.08 | 18.09 | 2.98 |
| 2064 | 80.50 | 51.36 | 23.77 | 19.66 | 15.90 | 2.62 | 2064 | 84.21 | 54.70 | 26.41 | 22.13 | 18.14 | 3.00 |
| 2065 | 80.58 | 51.43 | 23.82 | 19.71 | 15.95 | 2.64 | 2065 | 84.27 | 54.76 | 26.47 | 22.18 | 18.18 | 3.01 |
| 2066 | 80.66 | 51.50 | 23.88 | 19.76 | 15.99 | 2.65 | 2066 | 84.34 | 54.83 | 26.52 | 22.23 | 18.23 | 3.03 |
| 2067 | 80.74 | 51.57 | 23.93 | 19.81 | 16.04 | 2.67 | 2067 | 84.41 | 54.89 | 26.57 | 22.28 | 18.27 | 3.04 |
| 2068 | 80.81 | 51.64 | 23.99 | 19.86 | 16.08 | 2.68 | 2068 | 84.47 | 54.95 | 26.62 | 22.33 | 18.32 | 3.06 |
| 2069 | 80.89 | 51.71 | 24.04 | 19.91 | 16.13 | 2.70 | 2069 | 84.54 | 55.01 | 26.67 | 22.37 | 18.36 | 3.08 |
| 2070 | 80.97 | 51.78 | 24.10 | 19.96 | 16.17 | 2.71 | 2070 | 84.60 | 55.07 | 26.73 | 22.42 | 18.41 | 3.09 |
| 2071 | 81.05 | 51.85 | 24.15 | 20.01 | 16.22 | 2.73 | 2071 | 84.67 | 55.13 | 26.78 | 22.47 | 18.45 | 3.11 |
| 2072 | 81.12 | 51.92 | 24.20 | 20.06 | 16.26 | 2.74 | 2072 | 84.73 | 55.19 | 26.83 | 22.52 | 18.50 | 3.12 |
| 2073 | 81.20 | 51.98 | 24.26 | 20.11 | 16.31 | 2.76 | 2073 | 84.79 | 55.25 | 26.88 | 22.56 | 18.54 | 3.14 |
| 2074 | 81.27 | 52.05 | 24.31 | 20.16 | 16.35 | 2.77 | 2074 | 84.86 | 55.31 | 26.93 | 22.61 | 18.58 | 3.16 |
| 2075 | 81.34 | 52.12 | 24.36 | 20.21 | 16.39 | 2.78 | 2075 | 84.92 | 55.37 | 26.98 | 22.66 | 18.63 | 3.17 |
| 2076 | 81.42 | 52.19 | 24.42 | 20.25 | 16.44 | 2.80 | 2076 | 84.98 | 55.42 | 27.03 | 22.71 | 18.67 | 3.19 |
| 2077 | 81.49 | 52.25 | 24.47 | 20.30 | 16.48 | 2.81 | 2077 | 85.05 | 55.48 | 27.08 | 22.75 | 18.71 | 3.20 |
| 2078 | 81.56 | 52.32 | 24.52 | 20.35 | 16.53 | 2.83 | 2078 | 85.11 | 55.54 | 27.13 | 22.80 | 18.76 | 3.22 |
| 2079 | 81.64 | 52.38 | 24.57 | 20.40 | 16.57 | 2.84 | 2079 | 85.17 | 55.60 | 27.18 | 22.84 | 18.80 | 3.23 |
| 2080 | 81.71 | 52.45 | 24.62 | 20.45 | 16.61 | 2.86 | 2080 | 85.23 | 55.65 | 27.23 | 22.89 | 18.84 | 3.25 |
| 2081 | 81.78 | 52.51 | 24.68 | 20.49 | 16.66 | 2.87 | 2081 | 85.29 | 55.71 | 27.28 | 22.94 | 18.88 | 3.27 |
| 2082 | 81.85 | 52.58 | 24.73 | 20.54 | 16.70 | 2.89 | 2082 | 85.35 | 55.77 | 27.32 | 22.98 | 18.93 | 3.28 |
| 2083 | 81.92 | 52.64 | 24.78 | 20.59 | 16.74 | 2.90 | 2083 | 85.42 | 55.82 | 27.37 | 23.03 | 18.97 | 3.30 |
| 2084 | 81.99 | 52.71 | 24.83 | 20.64 | 16.78 | 2.92 | 2084 | 85.48 | 55.88 | 27.42 | 23.07 | 19.01 | 3.31 |
| 2085 | 82.07 | 52.77 | 24.88 | 20.68 | 16.83 | 2.93 | 2085 | 85.54 | 55.94 | 27.47 | 23.12 | 19.05 | 3.33 |
| 2086 | 82.13 | 52.84 | 24.93 | 20.73 | 16.87 | 2.94 | 2086 | 85.60 | 55.99 | 27.52 | 23.16 | 19.09 | 3.35 |
| 2087 | 82.20 | 52.90 | 24.98 | 20.78 | 16.91 | 2.96 | 2087 | 85.65 | 56.05 | 27.56 | 23.21 | 19.13 | 3.36 |
| 2088 | 82.27 | 52.96 | 25.03 | 20.82 | 16.95 | 2.97 | 2088 | 85.71 | 56.10 | 27.61 | 23.25 | 19.18 | 3.38 |
| 2089 | 82.34 | 53.02 | 25.08 | 20.87 | 17.00 | 2.99 | 2089 | 85.77 | 56.16 | 27.66 | 23.29 | 19.22 | 3.39 |
| 2090 | 82.41 | 53.09 | 25.13 | 20.91 | 17.04 | 3.00 | 2090 | 85.83 | 56.21 | 27.70 | 23.34 | 19.26 | 3.41 |
| 2091 | 82.48 | 53.15 | 25.18 | 20.96 | 17.08 | 3.02 | 2091 | 85.89 | 56.27 | 27.75 | 23.38 | 19.30 | 3.42 |

| 2092 | 82.55 | 53.21 | 25.23 | 21.01 | 17.12 | 3.03 | 2092 | 85.95 | 56.32 | 27.80 | 23.43 | 19.34 | 3.44 |
| ---- | ----- | ----- | ----- | ----- | ----- | ---- | ---- | ----- | ----- | ----- | ----- | ----- | ---- |
| 2093 | 82.61 | 53.27 | 25.28 | 21.05 | 17.16 | 3.05 | 2093 | 86.00 | 56.37 | 27.84 | 23.47 | 19.38 | 3.46 |
| 2094 | 82.68 | 53.33 | 25.33 | 21.10 | 17.20 | 3.06 | 2094 | 86.06 | 56.43 | 27.89 | 23.51 | 19.42 | 3.47 |
|      |       |       |       |       |       |      |      |       |       |       |       |       |      |
| 2095 | 82.75 | 53.39 | 25.38 | 21.14 | 17.24 | 3.07 | 2095 | 86.12 | 56.48 | 27.94 | 23.56 | 19.46 | 3.49 |
| 2096 | 82.81 | 53.45 | 25.43 | 21.19 | 17.28 | 3.09 | 2096 | 86.17 | 56.53 | 27.98 | 23.60 | 19.50 | 3.50 |
| 2097 | 82.88 | 53.51 | 25.47 | 21.23 | 17.32 | 3.10 | 2097 | 86.23 | 56.59 | 28.03 | 23.64 | 19.54 | 3.52 |
| 2098 | 82.94 | 53.57 | 25.52 | 21.27 | 17.37 | 3.12 | 2098 | 86.29 | 56.64 | 28.07 | 23.68 | 19.58 | 3.53 |
| 2099 | 83.01 | 53.63 | 25.57 | 21.32 | 17.41 | 3.13 | 2099 | 86.34 | 56.69 | 28.12 | 23.73 | 19.62 | 3.55 |
| 2100 | 83.07 | 53.69 | 25.62 | 21.36 | 17.45 | 3.15 | 2100 | 86.40 | 56.74 | 28.16 | 23.77 | 19.66 | 3.57 |

Contents   Prev   Next   Tables   Figures

Return to list of Studies.